1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JESS TEDDER

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   NO. 1:07-cr-00162 OWW
                                     )
12              Plaintiff,           )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE HEARING;
13     v.                            )   ORDER
                                     )
14 JESS TEDDER,                      )   Date:   September 10, 2007
                                     )   Time:   1:30 P.M.
15              Defendant.           )   Judge:  Hon. Oliver W. Wanger
                                     )
16 _____    )

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel, that the status conference hearing in the above-referenced matter now set for August 27, 2007,

20 **may be continued to September 10, 2007 at 1:30 P.M.**

21     This request for continuance is made by counsel for defendant because she has not yet seen the

22 forensic report and has not yet viewed the images.  The requested continuance will conserve time and

23 resources for all parties and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: August 22, 2007    By   /s/ Ann H. Voris with consent of Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: August 22, 2007    By   /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
JESS TEDDER

**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   August 24, 2007**            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE