DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESS TEDDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00162 OWW |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; ORDER |
| v. | |
| JESS TEDDER, | Date:  February 4, 2008<br>Time:  1:30 P.M. |
| Defendant. | Judge:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before January 4, 2007, responses shall be filed on or before January 18, 2008, replies shall be filed on or before February 1, 2008, and **the hearing on motions now set for January 14, 2008, may be continued to February 4, 2008, at 1:30 P.M.**

The grounds for the continuance are further defense preparation and investigation, and to allow the parties time for negotiation.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED:  December 19, 2007          By   /s/ Ann H. Voris with consent of
                                                Sherrill A. Carvalho
                                                SHERRILL A. CARVALHO
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                          DANIEL J. BRODERICK
                                          Federal Public Defender

DATED:  December 19, 2007          By   /s/ Ann H. Voris
                                                ANN H. VORIS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JESS TEDDER

**O R D E R**

IT IS SO ORDERED.

**Dated:   December 20, 2007**         **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE