McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR.F. 1:07-CR-00162 OWW |
| Plaintiff, | ) ORDER REGARDING PARTIES' STIPULATION AND REQUEST FOR CONTINUANCE OF MOTIONS HEARING AND FILING OF MOTIONS |
| v. | ) |
| JESS TEDDER, | ) |
| Defendant. | ) DATE: February 19, 2008<br>) TIME: 1:30 p.m.<br>) PLACE: Courtroom Three<br>) HON. Oliver W. Wanger |

On January 14, 2008, the parties lodged a stipulation to continue the motions hearing and filing of motions. Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the motions hearing until February 19, 2008 at 1:30 p.m. is granted, due to the late filing of defense motions.  Further, the date for filing of the government's response is continued until February 11, 2008.  Further, the delay resulting from the continuance shall be

///
///
///

1

1  excluded to and through a decision on the motions, pursuant to
2  18 U.S.C. §§3161(h)(1)(F).
3  IT IS SO ORDERED.
4  **Dated:   January 15, 2008**                          **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE