DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESS TEDDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00162 OWW |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; ORDER |
| v. | |
| JESS TEDDER, | Date: May 19, 2008<br>Time: 1:30 P.M. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before April 28, 2008, responses shall be filed on or before May 15, 2008, and **the hearing on motions now set for May 5, 2008, may be continued to May 19, 2008, at 1:30 P.M.**

The grounds for the continuance are further defense preparation and investigation, and to allow the parties time for negotiation. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: April 9, 2008            By    /s/ Ann H. Voris with consent of
                                      Sherrill A. Carvalho
                                      SHERRILL A. CARVALHO
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: April 9, 2008            By    /s/ Ann H. Voris
                                      ANN H. VORIS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JESS TEDDER


**O R D E R**

**IT IS SO ORDERED**. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 11, 2008**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE