DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESS TEDDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>               Plaintiff, <br>    v. <br> JESS TEDDER, <br>               Defendant. | NO. 1:07-cr-00162 OWW <br><br> STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; ORDER <br><br> Date:   September 15, 2008 <br> Time:  1:30 P.M. <br> Judge:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before July 21, 2008, responses shall be filed on or before September 9, 2008, and **the hearing on motions now set for May 19, 2008, may be continued to September 15, 2008, at 1:30 P.M.**

       The grounds for the continuance are that counsel have had further plea discussions and are hoping for immediate defense forensic expert review of the computer and the camera, but just learned that there may be more images than previously provided; and defendant intends to file motions to suppress statements and evidence, and to permit pre-scheduled vacations, training and trials of both counsel. The requested continuance will conserve time and resources for all parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: May 14, 2008   By   /s/ Ann H. Voris with consent of
Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: May 14, 2008   By   /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
JESS TEDDER


**O R D E R**

**IT IS SO ORDERED**. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 15, 2008**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE