DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESS TEDDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00162 OWW |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; ORDER |
| v. | |
| JESS TEDDER, | Date: December 8, 2008<br>Time: 1:30 P.M. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before October 27, 2008, responses shall be filed on or before November 24, 2008, and **the hearing on motions now set for September 15, 2008, may be continued to December 8, 2008, at 1:30 P.M.**

The grounds for the continuance are that defense counsel has not prepared a motion for the hearing on September 15, 2008, and both counsel are continuing to attempt to negotiate a plea. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

                                                        McGREGOR W. SCOTT
                                                        United States Attorney

                                                     /s/ Ann H. Voris with consent of
DATED:  September 11, 2008              By   Sherrill A. Carvalho
                                                       SHERRILL A. CARVALHO
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff

                                                       DANIEL J. BRODERICK
                                                     Federal Public Defender

DATED:  September 11, 2008              By  /s/ Ann H. Voris
                                                     ANN H. VORIS
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     JESS TEDDER

## O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

      IT IS SO ORDERED.

**Dated:   September 11, 2008**            /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE