```
LAWRENCE G. BROWN
United States Attorney
DAVID L. GAPPA
BRIAN W. ENOS
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | 1:07-cr-00162 OWW |
|---|---|---|
| Plaintiff, | ) | **ORDER DENYING MOTION TO QUASH WARRANT** |
| v. | ) | |
| JESS TEDDER, | ) | |
| Defendant. | ) | |

Defendant Jess Tedder's ("defendant") Motion to Quash Warrant (Doc. 46) came on for hearing before this court on July 27, 2009. Ann H. Voris appeared on behalf of defendant. Brian W. Enos appeared on behalf of the United States.

After considering all papers filed in connection with defendant's motion as well as oral argument of the respective parties, the Court orders that defendant's motion to quash warrant is denied for the reasons stated in open court.

IT IS SO ORDERED.

**Dated:   August 24, 2009**                                  **/s/ Oliver W. Wanger**

1                                       UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28